LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
980 9TH Street, Suite 1600
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com   (e-mail)

Attorney for Defendant MONTGOMERY MEIGS ATWATER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DALE RICHARD FRISBEY,<br>THOMAS GLENN COOPMAN,<br>EDWIN BLODEN TOOLE, and<br>MONTGOMERY MEIGS ATWATER<br><br>        Defendants. | Case No. 2:09-CR-0513 MCE<br><br>STIPULATION AND ORDER EXONERATING APPEARANCE BOND POSTED TO SECURE  MONTGOMERY MEIGS ATWATER'S PRETRIAL RELEASE |

WHEREAS, on or about December 4, 2009 a $200,000 appearance bond was posted on behalf of Montgomery Meigs Atwater in the above captioned case, which bond was secured by a Deed of Trust against the real property located at 11718 Cedar Trail, Truckee, CA, which property is owned by M. Wainwright Fishburn, Trustee of the Trust for Montgomery Meigs Atwater, created under the Joan Hamill Porter Trust Dated July 20, 1988.

WHEREAS, on May 13, 2010 a hearing was held before the Honorable Edward F. Brennan at which Defendant Montgomery Meigs Atwater was remanded into custody based upon a violation of his pretrial release order;

1 | IT IS HEREBY STIPULATED BY AND AMONG THE UNITED STATES OF AMERICA AND DEFENDANT MONTGOMERY MEIGS ATWATER THAT: the $200,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey to the Trustors the deed of trust received by the Clerk on or about December 4, 2009.

Dated:  June 15, 2010                    UNITED STATES OF AMERICA


By: _____/s/ Samuel Wong_____
SAMUEL WONG
Assistant United States Attorney




Dated:  June 15, 2010                    LAW OFFICES OF RICHARD PACHTER



By:_____/s/ Richard Pachter_____
       RICHARD PACHTER
Attorney for Defendant MONTGOMERY
MEIGS ATWATER II

**BASED UPON THE FOREGOING STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT**:

The $200,000 secured appearance bond is hereby exonerated in the above-captioned case and that the Clerk of the District Court is directed to reconvey to the Trustors the deed of trust received by the Clerk on or about December 4, 2009.

Dated:  June 17, 2010



U.S. MAGISTRATE JUDGE